Melissa TURNER, Plaintiff–Appellant–
Cross–Appellee,

v.

ATLANTIC SOUTHEAST AIRLINES,
INC., Defendant–Appellee–Cross–
Appellant.

Craig R. Cumbie, Defendant–Appellee.

No. 09–10266

United States Court of Appeals,
Eleventh Circuit.

Nov. 13, 2009.

William B. Hill, Jr., Nancy E. Rafuse,
Kalin M. Light, Yonette Sam–Buchanan,
Ashe, Rafuse & Hill, LLP, Atlanta, GA, for
Plaintiff–Appellant–Cross–Appellee.

Patricia G. Griffith, Ford & Harrison,
LLP, Atlanta, GA, for Defendant–Appel-
lee–Cross–Appellant, Defendant–Appellee.

Jennifer Marie Daniels, Clegg, Daniels
& Petrey, LLC, Decatur, GA, Renee A.
Canody, Ford & Harrison, LLP, Atlanta,
GA, for Defendant–Appellee.

Before BLACK, WILSON and COX,
Circuit Judges.

PER CURIAM:

Appellant, Melissa Turner, a former
flight attendant for Appellee Atlantic
Southeast Airlines, Inc. (ASA), claimed she
was raped by ASA pilot Appellee Craig R.
Cumbie, during an overnight layover. Ap-
pellant brought multiple state and federal
law claims against ASA and state law
claims against Cumbie. The district court
granted summary judgment in favor of
ASA on all counts. Thereafter, the district
court declined to exercise jurisdiction over
the state law claims against Cumbie and
dismissed them without prejudice. ASA
moved for sanctions against Appellant and
her attorney, which the court denied in the
same order granting ASA summary judg-
ment. Turner appealed the summary
judgment in favor of ASA on her Title VII,
FMLA interference, intentional infliction
of emotional distress, and negligent inflic-
tion of emotional distress claims, as well as
the dismissal of her claims against Cum-
bie. ASA cross-appealed the denial of its
motion for sanctions against Appellant and
her attorney.

Upon reviewing the record and the par-
ties' briefs and enjoying the benefit of oral
argument, we conclude the district court
did not err.

**AFFIRMED.**